IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Civil Action No.: 23-cv-03251-RMR-STV          Date: August 5, 2026
Courtroom Deputy: Kally Myhaver              Court Reporter: Kevin Carlin

| *Parties:* | *Counsel:* |
|---|---|
| ALAN LAMOTHE, | Evan Bianchi<br>Shomik Ghosh<br>Lauren Mosse Thompson |
| Plaintiff, | |
| v. | |
| DECENTRAL LIFE, INC.,<br>MJLINK.COM, INC.,<br>HUNTPOST.COM, INC.,<br>LIKERE.COM, INC.,<br>KEN TAPP,<br>TODD MARKEY, | Alyssa Feldman<br>Mark Basile |
| Defendants. | |

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 3**

**8:03 a.m.  Court in session.**

Court calls case. Appearances of counsel. Also seated at Plaintiff's counsel table is Plaintiff, Alan Lamothe. Also seated at Defendants' counsel table are Defendants Kenneth Tapp and Todd Markey.

Jury present

Defendant, Gregory Todd Markey, sworn.

8:05 a.m.       Direct examination of Mr. Markey by Mr. Bianchi.
                **Plaintiff's exhibit 110 is admitted for impeachment purposes.**

| 8:14 a.m. to 8:15 a.m. | Bench conference. Defendants' objection to Plaintiff's exhibit 110 is SUSTAINED and Exhibit 110 is STRICKEN. |
|---|---|

8:29 a.m.     Cross-examination of Mr. Markey by Ms. Feldman.

8:50 a.m.     Redirect examination of Mr. Markey by Mr. Bianchi.
**Plaintiff's exhibits 111, 112, and 113 are introduced for impeachment purposes.**

9:10 a.m.     Redirect examination of Mr. Markey by Ms. Feldman.

Plaintiff rests.

Jury excused.

Discussion regarding Defendants' request to recall Defendant Kenneth Tapp.

Discussion regarding jury instructions and verdict form.

**ORDERED:** Defendants' request for an adverse jury instruction is DENIED.

Each side shall have 40 minutes for closing arguments.

**9:40 a.m.     Court in recess.**
**10:12 a.m.     Court in session.**

Discussion regarding the parties' proposed verdict form.

The Court will not utilize a special verdict form as requested by the parties.

Discussion regarding timing.

**10:24 a.m.     Court in recess.**
**12:45 p.m.     Court in session.**

Jury present.

Court reads Jury Instructions.

1:20 p.m.     Plaintiff's closing argument by Mr. Ghosh

1:51 p.m.     Defendants' closing argument by Ms. Feldman.

2:07 p.m.      Plaintiff's rebuttal closing argument by Mr. Ghosh.

Court instructs jury.

Bailiff sworn.

Jurors excused to begin deliberations.

**2:25 p.m.      Court in recess.**

Jury released, to return at  a.m. on August 6, 2026 to resume deliberations.


Trial continued.
Total time in court:  5:50